[No. 21019-7-III.   Division Three.   June 19, 2003.]

*In the Matter of the Marriage of* KIM MIKKELSEN
WEINHEIMER, *Respondent,* and ERIC PAUL
WEINHEIMER, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 99-3-01055-1, James P. Hutton, J., entered March 6, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[No. 21167-3-III.   Division Three.   June 19, 2003.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH BUD
PHILLIPS IV, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 01-1-00769-9, Evan E. Sperline, J., entered May 7, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 21224-6-III.   Division Three.   June 19, 2003.]

THE STATE OF WASHINGTON, *Respondent,* v. PHILLIP J.
KENNEDY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-01821-4, Neal Q. Rielly, J., entered May 24, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 21411-7-III.   Division Three.   June 19, 2003.]

RICHARD JENSEN, *Appellant,* v. WALLA WALLA COLLEGE,
*Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 01-2-00585-6, Donald W. Schacht, J., entered August 12, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.